# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**VIKRANT V. ANAND**

          V.          **CASE NUMBER: 5:05-CV-469(FJS/GJD)**

**UNITED STATES NATIONAL SECURITY AGENCY;**
**UNITED STATES DEPARTMENT OF DEFENSE;**
**UNITED STATES DEPARTMENT OF TREASURY,**
**Financial Management Service; and UNITED**
**STATES DEPARTMENT OF JUSTICE**

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF dismissing this action pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on November 9, 2006.

DATED:    November 9, 2006

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp